IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRICIA MEZZACAPPA,<br>    Plaintiff, | : <br> : <br> : | |
| v. | : <br> : | CIVIL ACTION NO. 21-CV-4943 |
| DR. DEBRA WILSON, *et al.*,<br>    Defendants. | : <br> : | |

**ORDER**

AND NOW, this 19th day of April, 2022, upon consideration of Plaintiff Tricia Mezzacappa's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 6), Prisoner Trust Fund Account Statement (ECF No. 7), *pro se* Complaint (ECF No. 2), and pro se Amended Complaint (ECF No. 4), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Tricia Mezzacappa, #0205245, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Warden of Lehigh County Jail or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Mezzacappa's inmate account; or (b) the average monthly balance in Mezzacappa's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Mezzacappa's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to

Mezzacappa's inmate account until the fees are paid.  Each payment shall refer to the docket number for this case.

3. The Clerk of Court is directed to **SEND** a copy of this Order to the Warden of Lehigh County Jail.

4. Mezzacappa is given thirty (30) days to file a second amended complaint.  Any second amended complaint shall identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the second amended complaint, shall state the basis for Mezzacappa's claims against each defendant, and shall bear the title "Second Amended Complaint" and the case number 21-4943.  Mezzacappa's second amended complaint must be a *single, comprehensive document* that includes all of the bases for Mezzacappa's claims.  Claims that are not included in the second amended complaint will not be considered part of this case.  Upon the filing of a second amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

5. If Mezzacappa fails to file a second amended complaint in accordance with this Order, the Court will conduct the required statutory screening of the claims in her Amended Complaint only.

                                  **BY THE COURT:**

                                  **/s/ Jeffrey L. Schmehl**
                                  **JEFFREY L. SCHMEHL, J.**