# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRICIA MEZZACAPPA, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-CV-4943 |
| | : | |
| DR. DEBRA WILSON, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 28th day of September, 2022, in light of *pro se* Plaintiff Tricia Mezzacappa's failure to file a second amended complaint in accordance with this Court's Order entered on July 27, 2022 (ECF No. 13), which informed Mezzacappa that failure to file a second amended complaint would result in final dismissal of this case, it is **ORDERED** that:

    1.    Mezzacappa's case is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    2.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

    3.    If Mezzacappa did not intend to stand on her Amended Complaint, she must move for reconsideration of this Order in accordance with Federal Rule of Civil Procedure 59(e), and attach her proposed second amended complaint to that motion.

                                                      **BY THE COURT:**

                                                      /s/ Jeffrey L. Schmehl
                                                      **JEFFREY L. SCHMEHL, J.**